1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYNTHIA HOPSON | Case No. 1:15-cv-00939---SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 5) |
| MATTHEW ZIMMER, et al., | FORTY-FIVE DAY DEADINE |
| Defendants. | |

Plaintiff filed complaint in this action on June 21, 2015.  Defendants filed an answer on August 19, 2015.  On October 23, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action and requested that the parties have forty five days to file the dispositive documents.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents within forty five days of the date of service of this order; and

2. Within ten (10) days of the date of service of this order, Defendants shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement.  If the

/ / /

/ / /

1

1 | Defendants do not wish to consent they can advise the court's Courtroom Deputy, Mamie
2 | Hernandez of their decision.
3 |
4 | IT IS SO ORDERED.
5 | Dated:   **October 26, 2015**
   |                                                    _____
   |                                                    UNITED STATES MAGISTRATE JUDGE