UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **MATHEW ZIMMER**, et al. <br><br> DEFENDANTS. | Case No.: 1:15-cv-00939---SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as to all parties.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __December 28, 2015__        _____
                        UNITED STATES MAGISTRATE JUDGE